# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

*Gujret Singh*        v.        *Phillip Crawford*

THE HONORABLE JOHN W. SEDWICK      CASE NO. 2:07-cv-00283-JWS

PROCEEDINGS: **ORDER FROM CHAMBERS**      Date: July 26, 2007

In a report at docket 12, the magistrate judge recommends that the petition be dismissed without prejudice for failure to prosecute. No objection has been filed. Upon review, this court agrees with the magistrate judge. Accordingly, the report at docket 12 is adopted and based thereon, the petition is **DISMISSED without prejudice** for failure to prosecute.